**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

LEROY GUNN,                          )
                                     )
                    Plaintiff,       )
                                     )
vs.                                  )        Case No. 17-cv-00423-JPG-CJP
                                     )
NANCY A. BERRYHILL,                  )
Acting Commissioner of Social Security, )
                                     )
                    Defendant.       )

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United

States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's

application for social security benefits is **AFFIRMED**.

Judgment is entered in favor of defendant, Nancy A. Berryhill, Acting Commissioner of

Social Security, and against plaintiff, Leroy Gunn.

DATED:  March 1, 2018

                                        **JUSTINE FLANAGAN,**
                                        **Acting Clerk of Court**

                                        **BY: s/Tina Gray**
                                               **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**